UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN K. MUELLER, | No. 2:15-cv-01479-AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has filed a stipulation for an extension of time to file her summary judgment motion from December 4, 2015, to January 8, 2016, with all other deadlines extended accordingly. ECF No. 8. This extension is required due to the counsel's crowded briefing schedule. Id. In accordance with the parties' stipulation THE COURT HEREBY ORDERS that plaintiff's deadline for filing a motion for summary judgment is extended to January 8, 2016, with all other deadlines extended accordingly.

DATED: December 7, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE